FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

2012 AUG 23   PM 4:30

CLERK _____
SO. DIST. OF GA

ERIC WATKINS,                                    :

       Plaintiff,                    :        CIVIL ACTION NO.: CV212-113

               :

    vs.                                          :

               :

D. HUDSON, Associate Warden,      :

       Defendant.                  :

## ORDER

Plaintiff Eric Watkins ("Plaintiff") filed an Objection to the Magistrate Judge's Order and Report and Recommendation dated July 26, 2012, which ordered service of Plaintiff's claim for violation of his Fifth Amendment right to due process brought under 42 U.S.C. § 1983.  The Magistrate Judge determined that Plaintiff might have had a protected liberty interest in remaining in the prison's general population absent the existence of certain circumstances.  The Magistrate Judge also determined that Plaintiff's claim, that he was wrongfully removed from the prison's general population and placed in administrative detention, arguably stated a claim for violation of his right to due process.

In his Objection, Plaintiff asserts that he alleged, in his Complaint, that his right to due process was violated by Defendant's failure to put him on notice of the Bureau of Prisons' prohibited act of sleeping during a video before punishing him for that act. Plaintiff also asserts in his Objection that sleeping during a video is not a Bureau of Prisons prohibited act.  Plaintiff's Complaint was served based on Plaintiff's claim that

his alleged removal from the prison's general population, which allegedly was the result of his act of sleeping during a video, violated his Fifth Amendment right to due process. Both of Plaintiff's allegations are encompassed in his previously-served claim.

Plaintiff's Objection to the Magistrate Judge's Order and Report and Recommendation is moot and is **overruled**. The Order will remain undisturbed, and the Report and Recommendation of the Magistrate Judge is adopted as the Opinion of the Court. Plaintiff's First Amendment claim is **DISMISSED**.

**SO ORDERED**, this ___ day of _____, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)