IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ERIC WATKINS,

    Plaintiff,

vs.

D. HUDSON, Associate Warden,

    Defendant.

CIVIL ACTION NO.: CV212-113

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends that he suffered atypical and significant hardships due to his removal from the general population of the prison. Plaintiff asserts that he could not participate in religious worship and programs, he could shower only three (3) times a week, he could not participate in "numerous rehabilitative programs" which were available only to those inmates in the general population, he was deprived of "the general freedoms of the general population", and he could not associate with other inmates or his family. (Doc. No. 21, p. 6). Plaintiff also asserts that Defendant violated his First Amendment right to free speech because Defendant retaliated against Plaintiff by placing him in detention after Plaintiff refused to follow Defendant's invalid order.

AO 72A
(Rev. 8/82)

Plaintiff raises these assertions for the first time in his Objections, despite his previous opportunities to do so. The Court generally does not consider matters first raised in a party's objections and will not do so at this time. Williams v. McNeil, 557 F.3d 1287 (11th Cir. 2009). Even if the Court were to consider these allegations, Plaintiff sets forth conclusory allegations in support of his contention that Defendant's actions violated his right to due process. Plaintiff's conclusory allegations are insufficient to overcome Defendant's Motion to Dismiss. Further, Plaintiff raises a retaliation claim against Defendant for the first time in his Objections. Plaintiff's Complaint was not served on this basis, and Plaintiff will not be permitted to proceed with this claim.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___ day of _____, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA