IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ERIC WATKINS,

  Plaintiff,

vs.

D. HUDSON, Associate Warden,

  Defendant.

CIVIL ACTION NO.: CV212-113

# ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. Defendant filed a Response, and Plaintiff filed a Reply. In his Objections, Plaintiff asserts that he was not required to raise the claims in this case in Case Number CV212-37 because the claims are independent of each other. Plaintiff contends that the facts of this case do not arise out of the same nucleus of operative facts as those that were the basis of his complaint in CV212-37.

Despite Plaintiff's contentions, the events of October 29, 2009, set forth in his Complaint in this case arise out of the same nucleus of operative facts as those alleged in the complaint in CV212-37. Plaintiff could have brought the claims of this cause of action in CV212-37, and his failure to do so bars his Complaint in this cause of action.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's Amended Complaint is **DISMISSED**, with prejudice. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 16 day of January, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA